UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ROTHFIELD                                           ORDER OF DISMISSAL
            Plaintiff,                       FOR FAILURE TO
  -v-                                                 PROSECUTE
                                                  CV-04-813(TCP)

PI & I MOTOR EXPRESS, INC, et al.
              Defendants.
-----------------------------------------------------X

      IT IS HEREBY ORDERED that the above entitled matter be dismissed for failure to prosecute. There having been no activity in this case since January 2005 and there was no response to the request for a written status report filed on 4/24/2006 .

      IT IS FURTHER ORDERED that a copy of this Order be mailed to counsel for all sides and the Clerk of the Court is directed to mark the case closed.


                                                           /S/
                                              Thomas C. Platt
                                              U.S. District Judge


Dated: Central Islip, NY
       August 28, 2006